Motion GRANTED. Hearing reset for 3/11/13 at 3:00 p.m.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00248 |
| ) | JUDGE TRAUGER |
| ANTRON LewIS ) | |

## MOTION TO CONTINUE SENTENCING HEARING

The defendant, Antron Lewis, through undersigned counsel, moves this Court for an order continuing the sentencing hearing that is presently set for **February 28, 2013, at 2:30 p.m.** because undersigned counsel is currently ill with the flu.

Assistant United States Attorney Braden Boucek has authorized undersigned counsel to represent to this Court that the government is not opposed to this request.

**WHEREFORE**, undersigned counsel requests that the Court reset the sentencing hearing to a date and time that is convenient for this Court.

Respectfully submitted,

    s/ *R. David Baker*
R. David Baker  (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Antron Lewis